

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAR 7 - 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-cr-0044 |
| | * | 18 U.S.C. §§ 242, 2 |
| VERSUS | * | |
| | * | JUDGE ~~DRELL~~ MINALDI |
| DAVID HINES | * | MAGISTRATE JUDGE WHITEHURST |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### INTRODUCTION

At all times relevant to the Bill of Information:

The Defendant was employed by the Iberia Parish Sheriff's Office (IPSO) as Narcotics Agent.

### COUNT 1
### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
### 18 U.S.C. § 242

On or about March 14, 2014, in New Iberia, in the Western District of Louisiana, the Defendant, David Hines, while acting under color of law and while aided and abetted by others, willfully deprived R.T., an arrestee, of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer.

1

Specifically, the Defendant and another officer assaulted R.T. during the course of his arrest in order to punish him for his prior assault on a relative of a high-ranking IPSO official. The offense involved the use of a baton, a dangerous weapon, and resulted in bodily injury to R.T.

STEPHANIE A. FINLEY
United States Attorney

By: *[signature]*
JOSEPH J. JARZABEK, LA Bar #07240
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Ph: (337) 262-6618

VANITA GUPTA
Principal Deputy Assistant Attorney General
United States Department of Justice
Civil Rights Division

By: *[signature]*
MARK BLUMBERG, MD Bar
Special Litigation Counsel

By: *[signature]*
TONA BOYD, CA Bar #270975
Trial Attorney
950 Pennsylvania, Ave, NW
Washington, DC 20530
Ph: (202) 616-3120