U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAR 7 - 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-cr-0044 |
| | * | 18 U.S.C. §§ 242, 2 |
| VERSUS | * | |
| | * | JUDGE ~~DRELL~~ MINALDI |
| DAVID HINES | * | MAGISTRATE JUDGE WHITEHURST |

## WAIVER OF INDICTMENT

I, DAVID HINES, the above-named defendant, who is accused of a Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, being advised of the nature of the charge(s), the proposed Bill of Information, and of my rights, hereby waive in open court on the 7th day of March, 2016, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Lake Charles, Louisiana, this 7th day of March, 2016.

_____
DAVID HINES
Defendant

_____
LANE EWING
Counsel for Defendant

DATE: _____
JUDICIAL SIGNATURE