UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PRESENT: HONORABLE DEE D. DRELL., Judge, Presiding           Date: March 7, 2016
    LaRae Bourque                        , Court Reporter
    Paula S. Jordan                      , Minute Clerk
                                          , Interpreter

COURT OPENED: 4:40 P.M.        COURT ADJOURNED: 5:20 P.M.    TOTAL TIME IN COURT: /40

---

## MINUTES OF COURT
---

CASE NO.  16-cr-00044-01                         __ Defendant in custody
Judge Minaldi/Mag.Judge Whitehurst        __ Defendant on Bond, Bond cont'd
                                                        __ Bond set:
DEFENDANT: David Hines
                                                        __ Bond cancelled
GOVT. COUNSEL: Alex Van Hook                 __ Failed to appear, warrant ordered

DEFENSE COUNSEL: Lane Ewing, Retained

---

- [X] Case called for rearraignment
  - [X] Information filed
  - [X] Waiver of indictment filed
  - [ ] Indictment reading waived
  - [ ] Plea of not guilty
    - [ ] ___ days allowed for filing of defense motions
    - [ ] ___ days thereafter allowed for filing Government responses and motions
    - [ ] trial set for:
  - [ ] Plea of nolo contendere
  - [X] Plea of guilty to count: 1 of the Bill of Information
    - [X] Defendant under oath
    - [ ] Interpreter under oath
    - [X] Defendant advised of Rule 11 rights
    - [ ] Agent testified
    - [X] Filed Affidavit of Understanding of Maximum Penalty and Rights
    - [X] Filed Plea Agreement
    - [X] Other filings: Elements of Offense, Stipulated Facts

    - [X] Plea of guilty accepted and judgment rendered
    - [X] Presentence report ordered; 70 day local rule is hereby waived
    - [X] Sentencing to be set following receipt of the presentence report

Case called for other:
_____
- [ ] Case called for sentencing

  - [ ] Dismissed counts:
  - [ ] Defendant advised of right to appeal
_____
COMMENTS:

FBI Special Agent Sandra Zulli was sworn and testified.

IT IS ORDERED the defendant must remove all firearms from his residence immediately.

IT IS FURTHER ORDERED that a special assessment of $100.00, is imposed on the defendant and is to be paid immediately.

IT IS FURTHER ORDERED the defendant is hereby released on his own recognizance.